MAX FISHBINE, Appellant, v. FRANK ESPOSITO and Others, Respondents.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

EDWARD KEER, as Limited Administrator, etc., of HERBERT KEER, Deceased, Respondent, v. CHILDREN'S AID SOCIETY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

OTTO K. LEGEL, Respondent, v. R. SIMPSON & Co., INC., Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

PAULINE WEINSTEIN LIPMAN, Appellant, v. HERMAN LIPMAN, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

FANNIE LORENTZ, Assignee of LUTHER D. GARRETT, Appellant, v. MARIETTA D. CLARK, as Administratrix, etc., of WILLIAM A. T. CLARK, Deceased, and Another, Defendants, and RISING SUN HOLDING CORPORATION and RISING SUN GOLF AND COUNTRY CLUB, INC., Respondents.— Motion for reargument denied, with ten dollars costs. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

JOHN MACKEY, Appellant, v. JUMEL HOLDING COMPANY, INC., Respondent.— Motion for rehearing and for a resettlement of order, decision and judgment denied, with ten dollars costs. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

CATHERINE MARTIN, Respondent, v. RICHMOND COUNTY SAVINGS BANK, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

A. T. MORRIS & Co., INC., Respondent, v. LUMBER MUTUAL CASUALTY INSURANCE Co. OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

THE RAILROAD CO-OPERATIVE BUILDING AND LOAN ASSOCIATION, Respondent, v. LEWIS A. COCKS, Appellant; MINNIE SCROBOGNA, Individually and as Executrix of GEORGE SCROBOGNA, Deceased, and Others, Defendants.—Motion for reargument denied, without costs. Motion for stay denied. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

ONOFRIO RODILOSSO, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagerty, Carswell, Davis, Johnson and Adel, JJ.

SAMUEL ROSENSTEIN, Appellant, v. THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY OF MILWAUKEE, WISCONSIN, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.

CORY SCHLICHTING, etc., Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY and Others, Defendants; ADAMS & COMPANY REAL ESTATE, INC., Appellant.—Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.